**Gary Lee COLVIN, Petitioner–Appellant**

v.

**COMMISSIONER of INTERNAL REVENUE, Respondent–Appellee.**

**No. 08–60015**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 21, 2008.

Apartment 831, Round Rock, TX, for Petitioner–Appellant.

Robert R. Di Trolio, U.S. Tax Court, Donald L. Korb Chief Counsel, Internal Revenue Service, Richard Thane Morrison, Deputy Assistant Attorney General, U.S. Department of Justice Tax Division Appellate Section, Washington, DC, for Respondent–Appellee.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Gary Lee Colvin appeals the decision of the United States Tax Court related to certain deductions taken by Colvin on his tax return. We have reviewed the briefs, pertinent portions of the record, and the applicable law. None of Colvin's arguments have any merit. We affirm for essentially the same reasons given in the Tax Court's detailed and thorough Memorandum Findings of Fact and Opinion dated June 19, 2007, 2007 WL 1756079.

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.